UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAKIMA YOUTH SOCCER ASSOCIATION, a Washington non-profit corporation,<br><br>                      Plaintiff,<br><br>   v.<br><br>MARK FISCHER and JANE DOE FISCHER, husband and wife and the marital community comprised thereof; and YAK ATTACK 5V5 SOCCER TOURNAMENT, LLC, a Washington limited liability company,<br><br>                      Defendants. | NO: 1:17-CV-3022-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 15. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion for Order of Dismissal, **ECF No. 15**, is

       **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** May 11, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2